**Order filed August 9, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————

## NO. 01-18-00485-CV

———————

## IN THE INTEREST OF K.L.W., A Child

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-02559J**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of Petitioner's Exhibit No. 14, a DVD with video recordings, admitted in the trial held on April 12, 2018.

The exhibit clerk of the 314th District Court is directed to deliver to the Clerk of this Court the original of Petitioner's Exhibit No. 14, a DVD with video recordings, admitted in the jury trial held on April 12, 2018, **on or before August 20, 2018**.  The Clerk of this Court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Petitioner's Exhibit No. 14, to the clerk of the 314th District Court.

PER CURIAM